# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:06CR583TLW(3)</u> |
| | ) | USM No: <u>13983-171</u> |
| -versus- | ) | <u>Michael A. Meetze, Public Defender</u> |
| | ) | Defendant's Attorney |
| **Sean Lee Randall** | ) | |
| | ) | |
| Date of Previous Judgment: <u>June 21, 2010</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u> ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐　　DENIED.　■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of <u>one hundred eighty months (180) months</u> **is reduced to** <u>one hundred fifty-one (151) months. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.</u>

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed  <u>April 30, 2007</u> shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:　　<u>February 28, 2012</u> | <u>s/ Terry L. Wooten</u><br>*Judge's signature* |
| | |
| Effective Date:<br>*(if different from order date)* | <u>Terry L. Wooten, United States District Judge</u><br>*Printed name and title* |