# UNITED STATES DISTRICT COURT

for the

### District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:06-00583-006 (TLW)</u> |
| | ) | USM No: <u>13984-171</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| **Burnie Lee Randall** | ) | |
| | ) | |
| Date of Previous Judgment: January 14, 2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** <u>(Doc. # 572)</u>**.**  This case does not qualify because the Chapter Four Enhancements override Chapter Two.  The Defendant is a career offender.

**IT IS SO ORDERED**.

Order Date:  <u>May 2, 2012</u>

*s*/ Terry L. Wooten
*Judge's signature*

Effective Date:
*(if different from above)*

Terry L. Wooten, United States District Judge